```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 29053
    WENDI A STANFILL
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-3029


---------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 08/05/2004 and was confirmed 09/16/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  32.00%.

     The case was paid in full 02/15/2008.
---------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
---------------------------------------------------------------------------
HSBC AUTO FINANCE          SECURED          7400.00         739.93        7400.00
HSBC AUTO FINANCE          UNSECURED       10275.57            .00        3288.18
*SCHOTTLER & ZUKOSKY       PRIORITY        NOT FILED           .00             .00
AMERITECH                  UNSECURED       NOT FILED           .00             .00
CAPITAL ONE BANK           FILED LATE            .00           .00             .00
CHECK N GO                 UNSECURED       NOT FILED           .00             .00
ILLINOIS DEPT OD REVENUE   UNSECURED       NOT FILED           .00             .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED           .00             .00
OAK PARK RESIDENTIAL COR   NOTICE ONLY     NOT FILED           .00             .00
FIRST RESOLUTION INVES     UNSECURED       NOT FILED           .00             .00
HCS                        UNSECURED       NOT FILED           .00             .00
HOLLYWOOD CASINO           UNSECURED       NOT FILED           .00             .00
SEC OF STATE DIV OF ADMI   NOTICE ONLY     NOT FILED           .00             .00
INTERNAL REVENUE SERVICE   UNSECURED         5938.41           .00         1900.29
JC PENNY                   UNSECURED       NOT FILED           .00             .00
K MART                     UNSECURED       NOT FILED           .00             .00
HEALTHRIDER                UNSECURED       NOT FILED           .00             .00
OAK PARK RESIDENCE CORP    UNSECURED       NOT FILED           .00             .00
ILLINOIS SECRETARY OF ST   UNSECURED       NOT FILED           .00             .00
ORCHARD BANK               UNSECURED       NOT FILED           .00             .00
PROVIDIAN                  UNSECURED       NOT FILED           .00             .00
SUPERIOR PREMIUM PAYMENT   UNSECURED       NOT FILED           .00             .00
TCF BANK                   UNSECURED OTH         .00           .00             .00
VERIZON WIRELESS           UNSECURED       NOT FILED           .00             .00
WATERMARK PHYSICIANS       UNSECURED       NOT FILED           .00             .00
CITY OF CHICAGO PARKING    UNSECURED          320.00           .00           102.40
RESURGENT ACQUISITION LL   UNSECURED          831.69           .00           266.14
*SCHOTTLER & ZUKOSKY       DEBTOR ATTY      2,365.00                       2,365.00
TOM VAUGHN                 TRUSTEE                                           930.06
DEBTOR REFUND              REFUND                                            236.00


     Summary of Receipts and Disbursements:

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 04 B 29053 WENDI A STANFILL
```

```
--------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 17,228.00

PRIORITY                                            .00
SECURED                                        7,400.00
    INTEREST                                     739.93
UNSECURED                                      5,557.01
ADMINISTRATIVE                                 2,365.00
TRUSTEE COMPENSATION                             930.06
DEBTOR REFUND                                    236.00
                        ---------------    ---------------
TOTALS                  17,228.00              17,228.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 10/16/08       _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE